Clair A. Wolf #01859849
Pack One Unit
Navasota, Texas 77868

March 11, 2015

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

MAR 17 2015

CHRISTOPHER A. PRINE
CLERK

Chrisopher Prine Clerk
1st Court Of Appeals
306 Fannin St.
Houston, TX. 77002

RE: Regarding records on Appeal Nos. 01-11-00806-CR through 01-11-00814-CR that was Requested 2-10-2015

Dear Chrisopher Prine

I wrote you last month, to get a itemized brake of my transcript, The Texas Law Library was Not Able to Access these records And told me to contact you, I have Not recieved a response From you as of this date and would Like to Now why Please

Sincerly
Clair A. Wolf
Clair A. Wolf

CLAIR A. WOLF # 01909949
Pack One Unit
2400 WALLACE Pack RD.
Navasota, Texas 77868

Legal Mail

NORTH HOUSTON TX 773
13 MAR 2015 PM 4 L

Chistopher Prine Clerk
1st Court of Appeals
301 FANNIN St.
Houston, TX. 77002

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS
MAR 17 2015
CHRISTOPHER A. PRINE
CLERK

7700208699